# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES A. NICHOLS,<br><br>    Plaintiff,<br><br>v.<br><br>MANDIE BAGWELL, R. PASS, and CALEB MEYERS,<br><br>    Defendants. | Case No. 3:17-cv-01263-JPG-DGW |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

DATED: November 28, 2018

                                              **MARGARET M. ROBERTIE,**
                                              **Clerk of Court**

                                              **BY:**    *s/Tina Gray*
                                                         **Deputy Clerk**

**Approved:**
***s/ J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**

1